**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| KENDRICK WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-76-JAR |
| | ) | |
| JASON FINCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. On May 1, 2020, mail that this Court sent to self-represented plaintiff Kendrick Warren was returned without a forwarding address, and plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, a self-represented party is required to promptly notify the Clerk of any change in his address or telephone number. E.D.Mo. L.R. 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.  A separate order of dismissal will be entered herewith.

Dated this 10th day of June, 2020.

                                           _____
                                           **JOHN A. ROSS**
                                           **UNITED STATES DISTRICT JUDGE**